**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**FIRST SECURITY BANK**                                                        **PLAINTIFF**

v.                      **CASE NO. 4:10-CV-00910 BSM**

**EDWARD M. HARVEY and
BONNIE P. HARVEY**                                                        **DEFENDANT**

<u>**ORDER**</u>

Plaintiff First Security Bank's ("FSB") request for appointment of a receiver (Doc. No. 2) is denied and its request for a temporary restraining order (Doc. No. 6) is granted. Pursuant to Federal Rule of Civil Procedure 65(b), defendants Edward M. Harvey and Bonnie P. Harvey ("the Harveys") are hereby prohibited from selling or transferring any of their assets, or the assets of any companies they control, until a hearing can be held on FSB's motion for a preliminary injunction. Pursuant to Federal Rule of Civil Procedure 65(b), this order expires in fourteen (14) days. The rule also allows an extension by the court for good cause, however. The court's trial schedule cannot accommodate a hearing for a preliminary injunction until September 7, 2010 at 2:00 pm.

Accordingly, this order is extended for an additional seven (7) days, and the parties are hereby directed to appear for a hearing for a preliminary injunction on September 7, 2010 at 2:00 pm.

IT IS SO ORDERED this 17th day of August, 2010.

                                                        _/s/ Brian S. Miller_
                                             UNITED STATES DISTRICT JUDGE