**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**FIRST SECURITY BANK**                                                                **PLAINTIFF**

**v.**                          **CASE NO. 4:10-CV-00910 BSM**

**EDWARD M. HARVEY and
BONNIE P. HARVEY**                                                                      **DEFENDANT**

<u>**ORDER**</u>

Plaintiff First Security Bank's ("FSB") motion for leave to serve defendants Edward

M. Harvey and Bonnie P. Harvey by warning order (Doc. No. 11) is granted.

IT IS SO ORDERED this 18th day of August, 2010.

_____
UNITED STATES DISTRICT JUDGE