# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**FIRST SECURITY BANK**                                                                 **PLAINTIFF**

**v.**            **CASE NO. 4:10-CV-00910 BSM**

**EDWARD M. HARVEY; and**
**BONNIE P. HARVEY**                                                                    **DEFENDANTS**

## ORDER

Plaintiff First Security Bank's motion to dismiss its claims against defendants Edward M. Harvey and Bonnie P. Harvey [Doc. No. 21] is granted. Accordingly, all claims herein are dismissed with prejudice and the parties shall bear their own costs.

IT IS SO ORDERED this 21st day of September, 2010.

_____
UNITED STATES DISTRICT JUDGE